ACCEPTED
06-15-00053-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/26/2015 5:52:01 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
Sixth Appellate District
State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/27/2015 8:17:00 AM

DEBBIE AUTREY
Clerk

MIKEL HALL,
                    Appellant

v.                                                    NO. 06-15-00053-CR
                                                      Trial Court #2013-F-00107

STATE OF TEXAS,
                    Appellee

## MOTION FOR EXTENSION
## OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Mikel Hall,** Appellant, by and through his below named

Attorney and pursuant to Texas Rules of Appellate Procedure, hereby requests

an extension of the time period for the filing of the Appellant's Brief and in

support of same would show the Court as follows:

I.

A.    This case is pending from the 5th Judicial District Court of Cass County,

Texas.  The date of the Judgment is March 11, 2015, with sentence being

imposed by the trial court on March 11, 2015.

B.    The case was styled, "State of Texas v. Mikel Hall, Cause No.

2013F00107, Count I and Count II.

1

C.  Appellant was convicted of the offense of Indecency with Child and Sexual Assault of child.

D.  Punishment was assessed by the jury at 15 years in the Institutional Division of the Texas Department of Criminal Justice.

E.  The Appellant's Brief is due to be filed August 26, 2015.

F.  Appellant requests an extension of the filing of Appellant's Brief of fifteen days, making the Appellant's Brief due on September 10, 2015.

G.  Appellant's attorney has been diligent in researching and preparing the Appellant's brief for the Court however, due to counsel's preparation and attendance for the criminal pre-trial docket in the Circuit Court in Ashdown, Arkansas on August 4, 2015, and August 11, 2015, hearings in District Court in Little River County, Arkansas on August 12 and August 19, a contested protective order hearing in the County Court at Law of Cass County, Texas on August 14, 2015 and family law hearings in District Court in Bowie County, Texas on August 24, 2015, Appellant's counsel has had insufficient time to complete Appellant's brief.

H.  There have been no previous requests for extensions in this cause.

I.  Counsel for Appellant has contacted the Assistant Criminal District Attorney for Cass County, Texas, who is assigned to this matter and she

has no objection to the request of the Appellant.

## II.

Appellant's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## PRAYER

WHEREFORE, on the basis of the Texas Rules of Appellate Procedure, Appellant's attorney respectfully requests this Court to grant the Motion for Extension of Time for the filing of Appellant's Brief.

Respectfully submitted,

/s/ Alwin A. Smith
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief has been forwarded to Ms. Courtney Holland, 604 North Highway 8, Linden, Texas 75563, on this the 24th day of August 2015.

/s/ Alwin A. Smith
Alwin A. Smith